UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: **Joseph Ray Tarrow**,
Debtor.
/

CHAPTER 13
CASE NO: **17-50660**
JUDGE **Mark Randon**

**ORDER CONFIRMING PLAN**

Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that Debtor's Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of Babut Law Office, PLLC, Attorney for Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $ 3,500.00 in fees and $ 0.00 in expenses, and that the portion of such claim which has not already been paid, to-wit: $ 3,000.00 shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that Debtor shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

☒ Debtor shall provide to the Trustee his 2017 Federal Tax Return along with any supporting W2s and/or 1099s no later than May 15, 2018. Debtor shall provide the Trustee any 2017 Federal Tax Refund within 30 days of receiving said refund.

☒ The Trustee shall not disburse on the $136.15 escrow arrears listed in Specialized Loan Servicing's Proof of Claim [Claim Number 3] as Debtor shall cure the escrow shortage directly to creditor.

Objections Withdrawn
For Creditor _____

Approved:

/s/ Krispen S. Carroll
Krispen S. Carroll
Chapter 13 Standing Trustee
719 Griswold Street, Ste. 1100
Detroit, MI 48226

/s/ Thomas H. Paluchniak
Thomas H. Paluchniak
Babut Law Office, P.L.L.C.
700 Towner street
Ypsilanti, MI 48198
(734) 485-7000
tpaluchniak@babutlaw.com

**Signed on March 03, 2018**



/s/ Mark A. Randon

**Mark A. Randon
United States Bankruptcy Judge**