# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

In Re:  Case No. 17-50660-mar

Joseph Ray Tarrow  Chapter 13

Debtor.  Judge Mark A. Randon

## ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY AS TO PROPERTY KNOWN AS 12283 ROSE LANE, ATLANTA, MICHIGAN 49709

The Court finding that a Motion for Relief from the Automatic Stay has been filed by Specialized Loan Servicing, LLC as servicer for New Residential Mortgage Loan Trust 2018-1, ("Movant"), in the above entitled matter; and the Court finding that L.B.R. 9013(c)(2) provides for entry of an Order if a response has not been filed within 14 days after service of the Motion on the parties; and

The Court finding that no response has been within 14 days, and the Court having noted that Movant has complied with applicable provisions of L.B.R. 9013 (c) and L.B.R. 4001.1, and

The Court having determined that continuation of the automatic stay against Movant would deny the adequate protection afforded to it on its security interest pursuant to 11 U.S.C. § (3);

**IT IS HEREBY ORDERED** that the Motion for Relief from the Automatic Stay as to Movant is hereby granted.

**IT IS FURTHER ORDERED** that the Automatic Stay as to Movant's lien interest in property located at 12283 ROSE LANE, ATLANTA, MICHIGAN 49709 is lifted and Movant is permitted to enforce its security interest and liquidate the property. Any surplus remaining after the sale of the property shall be turned over to the Trustee.

**IT IS FURTHER ORDERED** that this Order shall remain valid notwithstanding conversion of this case to any other chapter under the Bankruptcy Code.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction over all matters relating to enforcement of this order.

**Signed on April 15, 2019**



/s/ Mark A. Randon
Mark A. Randon
United States Bankruptcy Judge